DEAN PROBER, ESQ. #106207
HOMAN MOBASSER, ESQ. #251426
PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Blvd., Suite 100
Woodland Hills, CA  91364
Telephone: (818) 227-0100
Facsimile: (818) 227-0637
Email: dprober@pralc.com
D.087-098                                                                                    JS-6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-cv-05313-JFW(CWx) |
| ) | |
| Plaintiff, ) | **CONSENT JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| TAMMY D. BOOKER AKA TAMMY ) | |
| BOOKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    THE COURT, having reviewed the Stipulation for Entry of Consent Judgment between the United States of America ("Plaintiff") on behalf of its agency, the Department of Education, and TAMMY D. BOOKER AKA TAMMY BOOKER, defendant herein ("Defendant"), and it appearing that the United States

of America is entitled to entry of a judgment against Defendant, and good cause existing.

IT IS ORDERED, ADJUDGED, AND DECREED that the United States of America shall have judgment against Defendant TAMMY D. BOOKER AKA TAMMY BOOKER as follows:

1. As a result of defaulted student loans, Defendant shall pay to the United States the sum of $19,251.21, consisting of the principal balance of $9,967.72, with interest accrued to October 23, 2014, of $9,283.49.

2. Each party to this Action shall bear its own costs.

IT IS SO ORDERED.

DATED: November 5, 2014

_____
UNITED STATES DISTRICT JUDGE